

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAULA KRISTINA HURWITZ,<br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | Case No.: SACV 05-00123-CJC(ANx)<br><br><br>JUDGMENT |

This action was tried by the Court and judgment was rendered in favor of the Defendant, the United States of America. Accordingly, Plaintiff Paula Kristina Hurwitz shall recover nothing. The action is dismissed on the merits and Defendant shall recover its costs from Plaintiff.

DATED:   July 18, 2008

　　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE